UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEPHREN THOMAS ID # 15007398, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:14-CV-4335-G (BH) |
| SHERIFF LUPE VALDEZ, Dallas ) | |
| County, Texas, ) | |
| ) | |
| Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  By separate judgment, this action will be dismissed for failure to prosecute or follow court orders to pay the filing fee.

**SO ORDERED**.

March 17, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**